UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-cv-24693-BLOOM/Elfenbein**

MARIO GUERRA, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

FARMASI US LLC,
*d/b/a* FARMASI,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [18] ("Notice"), filed on April 23, 2025. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [18]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to the Defendant listed in the Notice;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 24-cv-24693-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 24, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:	Counsel of Record